# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-30049
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

SUSAN KIRCHOFF JAMES, also known as Susan James, also known as
Susan Kirchoff,

       Defendant - Appellant

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

O R D E R:

     IT IS ORDERED that the appellee's unopposed motion to view and
obtain the sealed record is GRANTED.

_____
JAMES C. HO
UNITED STATES CIRCUIT JUDGE