UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO.  17-cr-166 |
| SUSAN KIRCHOFF JAMES | * | SECTION: "M" |

## DEFENDANT'S MOTION FOR AN ORDER STAYING EXECUTION OF COURT'S ORDER ALLOWING INVOLUNTARY MEDICATION

NOW INTO COURT comes the defendant, Susan Kirchoff James, through undersigned counsel, and moves this Honorable Court to stay its order of December 2, 2019, granting authority to the Bureau of Prisons to forcibly medicate Ms. James.  The government has indicated that it takes no position on this motion.  In support of this motion, the defendant states:

1. On December 2, 2019, the Court again issued an order granting the government's motion to involuntarily medicate Ms. James in accordance with the treatment plan of Dr. Etter and Dr. Silvas.

2. Ms. James will file appeal the Court's ruling.

3. Ms. James hereby moves this court to stay execution of its December 2, 2019 order, so that the issues may be reviewed by the Fifth Circuit Court of Appeals. An order of the district court is not ordinarily appealable prior to the final disposition of the criminal case per 28 U.S.C.§ 1291, as it is not a "final decision." However, this order is the type of ruling which is immediately appealable as it is an exception to that rule.

4. Specifically, the order at issue is a preliminary or interim decision and is appealable as

a collateral order because, "it (1) 'conclusively determine[s] the disputed question,' (2) 'resolves[s] an important issue completely separate from the merits of the action,' and (3) is 'effectively unreviewable on appeal from a final judgment.'" *Sell v. United States*, 539 U.S. 166, 176, 123 S. Ct. 2174, 2182 (2003).

5. In addition, district courts have routinely stayed orders authorizing involuntary administration of medication so that a defendant can exercise his or her right to appeal that decision without the issue becoming moot. See e.g., *United States v. Diaz*, 630 F.3d 1314, 1330 (11th Cir. 2011); *United States v. Morrison*, 415 F.3d 1180, 1184 (10th Cir. 2005); *United States v. Evans*, 404 F.3d 227, 235 (4th Cir. 2005); *United States v. White*, Order Granting Defendant's Motion, Crim. No. 01-10 (E.D.L.A. Nov. 18, 2004).

**WHEREFORE**, defendant Susan James respectfully requests that this Honorable Court stay its order of December 2, 2019.

Respectfully submitted on the 6th day of December, 2019.

CLAUDE J. KELLY
Federal Public Defender

/s/ Maura Doherty
MAURA DOHERTY
Assistant Federal Public Defender
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar # 35752
e-mail: maura_doherty@fd.org

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Maria Carboni, Assistant United States Attorney.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:   n/a.

/s/ Maura Doherty
MAURA DOHERTY
Assistant Federal Public Defender